| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>08cv0571 (CKK) |
|---|---|
| DEFENDANT<br>$3,484.70 in United States Currency, et al. | TYPE OF PROCESS  Warrant of Arrest<br>in Rem & Verified Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Postal Inspection Service → Santanya Mahoney, Gen'l. Asst.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 900 Brentwood Rd., Ste 2151, Wash., DC 20066-6096

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Diane Lucas
William Cowden
Assistant United States Attorneys
555 Fourth Street, NW, 4th Fl.
Washington, DC 20530

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Contact Postal Inspector Maria Couvillon @ (703) 406-6395

Asset ID Nos.:   08-USP-000236 ($3,484.70 in U.S. currency)
                 08-USP-000237 (2 Western Union Money Orders, valued @ $2,000)
                 08-USP-000232 (One Toshiba A205-S4587 Laptop and One HP
                                Pavilion DV 6000 Laptop)

| Signature of Attorney or other Originator requesting service on behalf of:<br>DIANE LUCAS<br>Assistant United States Attorney | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(202) 514-7912 | DATE<br>4/8/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 16 | District to Serve<br>No. 16 | Signature of Authorized USMS Deputy or Clerk | Date<br>4/8/08 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Heather M   P.P.O. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 8-24-08   Time: 1520  pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: